# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Prairie Son Properties, LLC, | ) | C/A No.: 2:17-cv-2620-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF SERVICE** |
| | ) | |
| Weeks & Irvine, LLC and Stewart Title Guaranty Company, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

PERSONALLY APPEARED BEFORE ME Debi Davis, who, being duly sworn under oath, avers and states that she delivered a copy by certified mail, return receipt requested, to CT Corporation System, as registered agent for Stewart Title Company, on October 5, 2017 one copy of the Summons, Complaint and Plaintiff's Answers to Local Rule 26.01 Interrogatories, (Documents Nos. 1, 3 and 5) in the above-captioned matter in accordance with Rule 4(h) of the Federal Rules of Civil Procedure and Rules 4(d)(3) and 4(d)(7) of the South Carolina Rules of Civil Procedure. Service is further evidenced by the attached official proof of delivery provided.

FURTHER AFFIANT SAYETH NOT.

_____
Debi Davis

SWORN TO BEFORE ME
THIS 10th DAY OF October, 2017

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES: 6/23/26

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stewart Title Company
In c/o: CT Corporation System
2 Office Park Ct., Ste. 103
Columbia, SC 29223

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Pam Johnson
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Pam Johnson

C. Date of Delivery
10/5

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7014 3490 0000 9394 2142

PS Form 3811, July 2013                Domestic Return Receipt

