IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Prairie Son Properties, LLC, | ) | Civil Action No.: 2:17-cv-2620-PMD |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **THIRD-PARTY DEFENDANT ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| Weeks & Irvine, LLC and Stewart Title Guaranty Company, | ) ) ) ) | |
| Defendants. | ) ) | |
| Weeks & Irvine, LLC, | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| Associated Industries Insurance Company, Inc., | ) ) | |
| Third-Party Defendant. | ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 26.01, DSC, the Third-Party Defendant, Associated Industries Insurance Company, Inc. ("AIIC"), makes the following disclosure statement:

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interested.

**ANSWER: None.**

B. As to each claim, state whether it should be tried by jury or nonjury and why.

**ANSWER: Third-Party Plaintiff has not requested a trial by jury.**

C. State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten

percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: AIIC is a subsidiary of AmTrust Financial Services, Inc., which is publicly traded on the NASDAQ Stock Market.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01 D.S.C.

**ANSWER: Third-party Plaintiff Weeks & Irvine brought suit against AIIC in this division. AIIC does not challenge the appropriateness of this division.**

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: No.**

F. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflection the correct identification.

**ANSWER: Defendant has been correctly identified.**

G. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER: Not applicable.**

Dated: May 8, 2018	GORDON & REES LLP

By  *s/Henry W. Frampton, IV*
Peter G. Siachos (FED 7591 )
E-mail: psiachos@grsm.com
Henry W. Frampton, IV (FED 10365)
E-mail:hframpton@grsm.com
Megan McNeely (FED 12070)
E-mail: mmcneely@grsm.com
170 Meeting Street, Suite 110
Charleston, SC  29401
Telephone: 843.714.2511
*Attorneys for Third Party Defendant Associated Industries Insurance Company, Inc.*