UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Prairie Son Properties, LLC, | ) | C/A No.: 2:17-cv-2620-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT STIPULATION OF PARTIAL** |
| Weeks & Irvine, LLC and Stewart Title Guaranty Company, | ) | **DISMISSAL AND REALIGNMENT** |
| | ) | **OF PARTIES** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Weeks & Irvine, LLC, | ) | |
| | ) | |
| Third-Party-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Associated Industries Insurance Company, Inc., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

Plaintiff Prairie Son Properties, LLC ("Prairie"), Defendant Weeks & Irvine, LLC ("Weeks") and Defendant Stewart Title Guaranty Company ("STGC"), by and through their counsel, hereby stipulate to a dismissal of all claims among and between such parties in this action, with prejudice.

NOW, with the consent of Prairie and the Defendants, the claims between such parties in this action are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, and Prairie and STGC are hereby dismissed as parties to this action. The claims between Weeks and AIIC remain pending and are not being dismissed.

Per the Court's Order (Doc. 37), Weeks shall be realigned as the Plaintiff and Associated Industries Insurance Company, Inc. ("AIIC") shall be realigned as the Defendant, and all future captions shall reflect the same.

**AND IT IS SO AGREED AND STIPULATED.**

*s/*Jamie A. Khan
Jamie A. Khan, Fed. Bar #10083
Clayton B. McCullough, Fed. Bar #7120
Ross A. Appel, Fed. Bar #11434
McCULLOUGH KHAN, LLC
359 King Street, Suite 200
Charleston, SC 29401
(843) 937-0400
(843) 937-0706 (fax)
Jamie@mklawsc.com

**ATTORNEYS FOR THE PLAINTIFF**

*s/*Charles P. Summerall, IV
Charles P. Summerall, IV, Fed. Bar #4385
G. Trenholm Walker, Fed. Bar #4487
WALKER GRESSETTE FREEMAN & LINTON, LLC
Post Office Drawer 22167
Charleston, SC 29413
(843) 727-2200
Summerall@mgfllaw.com
Walker@wgfllaw.com

**ATTORNEYS FOR DEFENDANT STEWART TITLE GUARANTY COMPANY**

*s/*Henry W. Frampton, IV
Henry W. Frampton, IV, Fed Bar #10365
Peter G. Siachos, Fed. Bar #7591
Megan M. McNeely, Fed. Bar #12070
GORDON & REES, LLP
40 Calhoun Street, Suite 350
Charleston, SC 29401
(843) 278-5900

**ATTORNEYS FOR THIRD-PARTY DEFENDANT ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.**

*s/*John A. Massalon
John A. Massalon, Fed. Bar #05227
WILLS MASSALON & ALLEN LLC
Post Office Box 859
Charleston, SC 29402
(843) 727-1144
(843) 727-7696 (fax)
jmassalon@wmalawfirm.net

**ATTORNEYS FOR DEFENDANT WEEKS & IRVINE, LLC**

*s/*George J. Kefalos
George J. Kefalos, Fed Bar # 02290
GEORGE J. KEFALOS, PA
46A State Street
Charleston, SC 29401
(843) 722-6612

**ATTORNEYS FOR THIRD-PARTY PLAINTIFF WEEKS & IRVINE, LLC**

*s/*Oana D. Johnson
Oana D. Johnson, Fed. Bar #11392
OANA D. JOHNSON, ATTORNEY AT LAW
215 East Bay Street, Suite 406
Charleston, SC 29401
(843) 203-4195

**ATTORNEYS FOR THIRD PARTY PLAINTIFF WEEKS & IRVINE, LLC**